**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6752**

---

DOSSIE FAISON, JR.,

                              Plaintiff - Appellant,

        versus

YVONNE ELSWICK; DEPARTMENT OF CORRECTIONS; P.
TRUE; RICHARD A. YOUNG; J. ARMENTROUT; J.
BENTLEY; GARY BUNN; RON ANGELONE,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-00-00381-7)

---

Submitted:  November 30, 2000        Decided:  December 8, 2000

---

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Dossie Faison, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dossie Faison, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Faison v. Elswick</u>, No. CA-00-00381-7 (W.D. Va. May 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>